Matthew T. Taplett
State Bar No. 24028026
Pope, Hardwicke, Christie, Schell,
  Kelly & Taplett, L.L.P.
500 W. 7th Street, Suite 600
Fort Worth, Texas  76102
Telephone No.:  (817) 332-3245
Facsimile No.:  (817) 877-4781
E-mail:  mtaplett@popehardwicke.com
Attorneys for SUSSER BANK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-32875 |
| PSW URBAN HOMES, LP, | § | |
| | § | CHAPTER  11 |
| DEBTOR. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE THAT, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, SUSSER BANK, a creditor and party-in-interest herein, requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

      Matthew T. Taplett, Esq.
      Pope, Hardwicke, Christie, Schell, Kelly & Taplett, L.L.P.
      500 West 7th Street, Suite 600
      Fort Worth, Texas  76102

Date: December 6, 2023

Respectfully submitted,

POPE, HARDWICKE, CHRISTIE, SCHELL,
  KELLY & TAPLETT, L.L.P.

By:    */s/ Matthew T. Taplett*
     Matthew T. Taplett
     State Bar No. 24028026

500 W. 7th Street, Suite 600
Fort Worth, Texas 76102
Telephone No. (817) 332-3245
Facsimile No. (817) 877-4781
E-mail: mtaplett@popehardwicke.com

ATTORNEYS FOR SUSSER BANK

## CERTIFICATE OF SERVICE

This is to certify that on this 6th day of December 2023, a true and correct copy of this document was served via the ECF system or by U.S. first class mail, postage prepaid, on the following:

U.S. Trustee
1100 Commerce Street
Room 976
Dallas, TX 75202

Michael P. Cooley
Reed Smith LLP
2850 N. Harwood Street
Suite 1500
Dallas, TX 75201

By:    */s/Matthew T. Taplett*
     Matthew T. Taplett