IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-32875 |
| PSW URBAN HOMES, LP, | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | |

### ORDER SETTING EXPEDITED HEARING ON SUSSER BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY AGAINST REAL ESTATE

Having considered Susser Bank's Motion for Expedited Hearing on Susser Bank's Emergency Motion for Relief from Automatic Stay against Real Estate [Docket No. 5](the "Motion for Expedited Hearing"), the Court finds that good and sufficient cause exists for scheduling an expedited hearing on the Motion for Lift Stay. It is therefore

ORDERED that the relief requested in the Motion for Expedited Hearing is granted and approved as described herein. It its further

ORDERED that Susser Bank's Motion for Relief from Automatic Stay Against Real Estate [Docket No. 4] will be heard on an expedited basis on <u>Monday, December 11, 2023, at 2:30 p.m.</u>, before the Honorable Chief Judge Stacey G.C. Jernigan in the Courtroom of Judge Jernigan, in Dallas, Texas, located at 1100 Commerce Street, 14th Floor, Courtroom 1, Dallas, Texas 75242-1496. <u>The hearing will be held in person and by WebEx videoconference and telephonic attendance.</u> The WebEx videoconference login and WebEx telephonic conference dial-in and meeting ID are set out below:

**For WebEx Video Participation/Attendance**:

Link: https://us-courts.webex.com/meet/jerniga

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In: 1.650.479.3207

Meeting ID: 479 393 582

### ### END OF ORDER ###

Prepared by:
Matthew T. Taplett
State Bar No. 24028026
Pope, Hardwicke, Christie, Schell,
  Kelly & Taplett, L.L.P.
500 W. 7th Street, Suite 600
Fort Worth, Texas 76102
Telephone No.: (817) 332-3245
Facsimile No.: (817) 877-4781
Attorneys for SUSSER BANK